■ VERNON BRADT et al., Respondents, v JOHN H. HAMEL et al., Defendants, and HAMEL & BERNSTEIN, P. C., Appellant. (Appeal No. 2.)—Order unanimously affirmed without costs. Same memorandum as in Bradt v Hamel ([appeal No. 1], 144 AD2d 921 [decided herewith]). (Appeal from order of Supreme Court, Onondaga County, Mordue, J.—dismiss complaint.) Present—Dillon, P. J., Doerr, Green, Pine and Balio, JJ.